■ In the Matter of THOMAS HART et al., Respondents, v CITY OF PLATTSBURGH ZONING BOARD OF APPEALS et al., Appellants. — Appeal from a judgment of the Supreme Court at Special Term (Viscardi, J.), entered March 4, 1983 in Clinton County, which granted petitioners' application, in a proceeding pursuant to CPLR article 78, to annul a use variance granted by the City of Plattsburgh Zoning Board of Appeals. ¶ Judgment affirmed, without costs, upon the opinion of Justice Dominick J. Viscardi at Special Term. Kane, J. P., Main, Yesawich, Jr., and Harvey, JJ., concur.